*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Evaristo U. Evangelista
    Debtor(s)

Case No: 03–30564–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds

on: 10/9/09

at: 10:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

126 – 125
Form 167