*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Evaristo U. Evangelista
    Debtor(s)

Case No: 03−30564−jkf
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds

    on: 10/9/09

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

126 – 125
Form 167

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: ChrissyW                 Page 1 of 1                   Date Rcvd: Sep 03, 2009
Case: 03-30564                 Form ID: 167                   Total Noticed: 23

The following entities were noticed by first class mail on Sep 05, 2009.
 db           +Evaristo U. Evangelista,    1601 Clark Drive,    Yardley, PA 19067-4376
 aty          +Internal Revenue Service,    c/o Thomas M. Rath, Esq.,    Suite 2200,    701 Market Street,
                Philadelphia, PA 19106-1533
 aty          +MATTHEW W. GOTTESFELD,    Spear and Hoffman, P.A.,    1020 North Kings Highway,    Suite 210,
                Cherry Hill, NJ 08034-1906
 aty           RHONDA E. ROSENBLUM,    PO Box 3001,    Malvern, PA 19355-0701
 aty          +SEAN ERIC GARRETT,    McCabe, Weisburg & Conway, P.C.,    123 S. Broad Street,    Suite 2080,
                Philadelphia, PA 19109-1031
 cr            American Express Travel Related Services,    c/o Steven G. Skar, Esq.,    Suite 814,
                Benjamin Fox Pavilion,    Jenkintown, PA 19046
 cr           +Evangeline T. Subijano,    8 Argyle Ave.,    Blackwood, NJ 08012-4561
 cr           +Household Realty Corporation,    c/o Margaret Gairo,    123 S, Broad Street,    Suite 2080,
                Philadelphia, PA 19109-1031
6069123        American Express Travel Rel. Svcs Co Inc Corp Card,    Po Box 3001,    Malvern, PA 19355-0701
6037848       +Dorita P. Evangelista,    1601 Clark Dr.,    Yardley, Pa 19067-4376
6291692       +Evagaline Subijano,    c/o 1601 Clark Drive,    Yardley, PA 19067-4376
6291693       +GE Capital,    c/o 1601 Clark Drive,    Yardley PA 19067-4376
6037849       +HFC,    7300 Bustleton Ave,    Phila Pa 19152-4300
6237469       +Household Finance Consumer Discount Co,    961 Weigel Drive,    Elmhurst Il 60126-1058
6291694      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: IRS,    POB 12051,    Phila Pa 19105)
11370312      +Internal Revenue Service,    Special Procedures Unit,    600 Arch St., Rm 5200,
                Phila., PA 19106-1611
11370313      +Internal Revenue Service,    Special Procedures Unit,    Room 5200,    600 Arch St.,
                Phila., PA 19106-1611
6037850       +National City Mort. Co.,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
6069926       +United Portfolio Management Inc,    1360 Energy Park Drive ste 340,    St. Paul, MN 55108-5298
6034885       +Washington Mutual Bank,    9601 McAllister Freeway Ste 110,    San Antonio TX 78216-4616
11252287       Washington Mutual Bank,    PO Box 44090,    Jacksonville, Florida 32231-4090
6037851       +Washington Mutual Bank,    c/o Hilary Bonial,    9441 LBJ Freeway,    Ste 350,    Dallas TX 75243-4652
6082817        eCast,    Sears,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2009**                              **Signature:**   *Joseph Speetjens*