## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        **Chapter 13**
    **EVARISTO U. EVANGELISTA**      :
              **Debtor(s)**        :        **Bky. No. 03-30564JKF**

## O R D E R

**AND NOW,** upon consideration of the Motion of Evangeline T. Subijano to Release

Unclaimed Funds from Court Registry, and after a hearing, and for the reasons stated in court, it

is hereby **ORDERED** that the Motion is **DENIED.**

Date: <u>October 9, 2009</u>

                      **ERIC L. FRANK**
                      **U.S. BANKRUPTCY JUDGE**
                      **For Judge Jean K. FitzSimon**