UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    EVARISTO U. EVANGELISTA | : | |
|        Debtor(s) | : | Bky. No. 03-30564JKF |

## O R D E R

**AND NOW**, upon consideration of the Motion of Evangeline T. Subijano to Release Unclaimed Funds from Court Registry, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

Date: October 9, 2009

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
For Judge Jean K. FitzSimon

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Oct 14, 2009
Case: 03-30564                Form ID: pdf900             Total Noticed: 2

The following entities were noticed by first class mail on Oct 16, 2009.
db           +Evaristo U. Evangelista,   1601 Clark Drive,    Yardley, PA 19067-4376
cr           +Evangeline T. Subijano,   8 Argyle Ave.,    Blackwood, NJ 08012-4561

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                    **Signature:** _Joseph Speetjens_